Meissner v Ridge Constr. Corp. (2024 NY Slip Op 01446)

Meissner v Ridge Constr. Corp.

2024 NY Slip Op 01446

Decided on March 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 15, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., BANNISTER, OGDEN, GREENWOOD, AND DELCONTE, JJ.

870 CA 22-01369

[*1]JILL G. MEISSNER, AS THE EXECUTOR OF THE ESTATE OF WAYNE W. MEISSNER, DECEASED, AND INDIVIDUALLY, PLAINTIFF-RESPONDENT,
v
RIDGE CONSTRUCTION CORPORATION, ET AL., DEFENDANTS, AND CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, DEFENDANT-APPELLANT. (APPEAL NO. 2.) 

GOLDBERG SEGALLA LLP, BUFFALO (MEGHAN M. BROWN OF COUNSEL), AND MENDES & MOUNT LLP, NEW YORK CITY, FOR DEFENDANT-APPELLANT.
LIPSITZ, PONTERIO & COMERFORD, LLC, BUFFALO (JOHN N. LIPSITZ OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Monroe County (John J. Ark, J.), entered July 18, 2022. The order, inter alia, awarded plaintiff damages against defendant Certain Underwriters at Lloyd's, London. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in Meissner v Ridge Constr. Corp. ([appeal No. 1] — AD3d — [Mar. 15, 2024] [4th Dept 2024]).
Entered: March 15, 2024
Ann Dillon Flynn
Clerk of the Court